No. 1933. El Pueblo, Apelado, v. Marrero, Apelante.— Corte de Distrito de Mayagüez. Infracción a la ley de ar-

bitrios. Resuelto en mayo 22, 1922. No existe pliego de excepciones ni relación de hechos sin que se haya radicado alegato, y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.